IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELINA CRAWFORD,<br>    Plaintiff,<br><br>v.<br><br>CITY OF PHILADELPHIA<br>(DEPARTMENT OF PRISONS) and<br>XAVIER BEAUFORT,<br>    Defendants. | CIVIL ACTION<br><br><br><br>NO.  24-2993 |

## O R D E R

**AND NOW**, this 28th day of March, 2025, upon consideration of Defendants' Motion to Dismiss (ECF No. 6) and Plaintiff's Response (ECF No. 7), **IT IS ORDERED** that the Motion to Dismiss is **GRANTED**. Should Plaintiff wish to file an amended complaint, she may do so within 14 days of the date of this Order. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
    HODGE, KELLEY B., J.