IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELINA CRAWFORD,<br>            Plaintiff,<br><br>     v.<br><br>CITY OF PHILADELPHIA<br>(DEPARTMENT OF PRISONS) and<br>XAVIER BEAUFORT,<br>            Defendants. | CIVIL ACTION<br><br><br><br><br>NO.  24-2993 |

**O R D E R**

**AND NOW**, this 23rd day of December, 2025, upon consideration of Defendants' Motion to Dismiss (ECF No. 18) the Amended Complaint (ECF No. 10) of Plaintiff, and Plaintiff's Response in Opposition (ECF No. 19), it is **ORDERED** that Defendants' Motion is **DENIED AS TO COUNT I**. Defendants' Motion is **GRANTED AS TO COUNT II**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
**HODGE, KELLEY B., J.**